# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DENNIS QUARLES, et al.,** )<br>)<br>**Plaintiffs** )<br>)<br>vs. )<br>)<br>**NATIONWIDE PROPERTY &** )<br>**CASUALTY INSURANCE CO.,** )<br>)<br>**Defendant** ) | Case No. 4:09-CV-1338-VEH |

## MEMORANDUM OPINION

On March 9, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 23, 2012, plaintiffs filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and plaintiffs' objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that defendant's motion for summary judgment be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 10th day of September, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge